**No. 39120.**—Protests 877773–G, etc., of Angel Suarez & Hnos, Inc. (San Juan).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39121.**—Protests 890500–G, etc., of Frederick Atherton et al. (New York).

Opinion by TILSON, J. There was nothing to justify disturbing the action of the collector. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JULY 29, 1938

**No. 39122.**—Petition 5172–R of M. Martinez & Co. (San Diego).

Opinion by CLINE, J. It appeared that the appraiser deducted only $233.21 for freight, thereby making an advance in the dutiable value of $40.39 as the item deducted for freight on the entry was $273.60. It was found that the petitioners were without intent to defraud the revenue, conceal or misrepresent the facts, or to deceive the appraiser. The petition was therefore granted. Abstract 37485 followed.

**No. 39123.**—Petitions 5685–R, etc., of Bata Shoe Co., Inc. (New York).

Opinion by CLINE, J. It appeared that the merchandise was entered at the invoice prices and was appraised under the American selling price provision in section 402 (g). On the record presented it was found that the petitioner was without intention to defraud the revenue or to conceal or misrepresent the facts, or to deceive the appraiser as to the value of the merchandise. The petitions were therefore granted.

**No. 39124.**—Petitions 5687–R, etc., of Household Utilities Mfg. Corp. (New York).

Opinion by CLINE, J. It appeared that the petitioner had the exclusive right to import these bread-slicing machines into the United States and that they were not the same as those sold in Germany. On the record presented it was found there was no intention to defraud the revenue. The petitions were therefore granted.